KENNETH C. ABSALOM, SBN 114607
LAW OFFICE OF NEVIN & ABSALOM
22 Battery Street, Suite 333
San Francisco, California  94111
Telephone:  (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

|  |  |
|---|---|
| KENNETH McGOWEN;<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>NESTLE FOOD COMPANY; and<br>DOES 1 through 20;<br><br>　　　Defendants. | Case No. 1:06-CV-01212-AWI-DLB<br><br>**STIPULATION TO CONTINUE**<br>**SETTLEMENT CONFERENCE**<br><br>Settlement Conference: May 29, 2007 |

Pursuant to Federal Rule of Civil Procedure 26 and Local Rules 83-143 and 16-270, Plaintiff and Defendant, through their respective counsel, stipulate and request that the Court order that the settlement conference set for Tuesday, May 29, 2007, at 10 a.m., be continued for the following reasons:

(1) The parties continue to engage in discovery with respect to the claims, defenses, and issues in the case.  To that end they have served written discovery and are awaiting responses whose content will have bearing on the parties' settlement positions.  In addition, the parties have scheduled key depositions, including that of Plaintiff, and Plaintiff intends to set others, to occur during the month of July.

(2) Plaintiff's lead attorney Kenneth Absalom will be out of the country on the date set for the settlement conference.

The parties submit that continuing the settlement conference as requested will insure that the conference is

meaningful and promotes the efficient use of court resources. The parties further stipulate to rescheduling the hearing for August 22, 2007, at 10 a.m.

Dated:        May 23, 2007              LAW FIRM OF NEVIN & ABSALOM


                                        By:         /S/
                                            KENNETH C. ABSALOM
                                            Attorney for Plaintiff

Dated         May 22, 2007              MITCHELL SILBERBERG & KNUPP


                                        By:         /S/
                                            ELAINE L. GONZALES
                                            Attorney for Defendant


        IT IS SO ORDERED.

        Dated:   **May 23, 2007**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE