ADAM LEVIN (SBN 156773)
axl@msk.com
ELAINE L. GONZALES (SBN 211738)
elg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
NESTLE USA, INC. (erroneously sued and served as "NESTLE FOOD COMPANY")

KENNETH C. ABSALOM (SBN 114607)
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiff
KENNETH McGOWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| KENNETH McGOWEN;<br><br>　　　　Plaintiff;<br><br>　　vs.<br><br>NESTLE FOOD COMPANY; and DOES 1 through 20;<br><br>　　　　Defendants. | CASE NO.  1:06-CV-01212-AWI-DLB<br><br>Stanislaus County Case No. 382586<br><br>**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES; AND**<br><br>**ORDER THEREON** |

Pursuant to Rules 16 and 29 of the Federal Rules of Civil Procedure, Plaintiff Kenneth McGowen ("Plaintiff") and Defendant Nestlé USA, Inc. (erroneously sued and served as "Nestlé Food Company") ("Defendant"), through their respective counsel, hereby jointly submit this stipulation for an order to extend the discovery, motion and trial-related deadlines set forth in the Court's March 6, 2007 Scheduling Order.  This stipulation is made and entered into by the parties on the following basis:

WHEREAS the parties have been informed that Magistrate Judge Dennis L. Beck is no longer available for the Settlement Conference that previously was set for August 22, 2007, but is available for a Settlement Conference on September 10, 2007 at 2:00 p.m.

WHEREAS the parties are also available for a Settlement Conference on September 10, 2007 at 2:0 p.m.

WHEREAS pursuant to the Court's Scheduling Order, the current deadline for non-expert discovery is August 31, 2007, for expert witness disclosures is September 14, 2007, for expert discovery is October 19, 2007, for non-dispositive motions is October 24, 2007, and for dispositive motions is November 9, 2007.

WHEREAS Plaintiff intends to take the depositions of the following current employees of Defendant and has served notices of depositions of those individuals on Defendant:  Ralph Clark; Douglas Davis; Dale Gawlak; Christine Geissler; Ann Granholt; Kathy Hunnicutt; and Leland Lomas.

WHEREAS Defendant has served a notice of continuation of Plaintiff's deposition on Plaintiff, and has issued or intends to issue subpoenas for the deposition testimony of the following non-party witnesses:  P.B. Iyer, M.D.; Person most knowledgeable at the medical offices of P.B. Iyer, M.D.; David Parks; Julie Saldana; John Souza; Carol B. Vandenakker-Albanese, M.D.; and Person most knowledgeable at the University of California, Davis Medical Center.

WHEREAS the parties would like to limit the costs of litigation to the greatest extent possible pending a Settlement Conference on September 10, 2007, in the hopes that the Settlement Conference will be successful;

WHEREAS the parties would like to ensure that they have sufficient time to complete all of the above-referenced depositions between a September 10, 2007 Settlement Conference and the discovery cut-off date; and

WHEREAS no party herein previously has requested a continuance of any discovery, motion or trial-related dates.

IT IS HEREBY STIPULATED:

1. The Settlement Conference presently set for August 22, 2007 shall be continued to September 10, 2007 at 2:00 p.m.

2. All pending depositions in this matter shall be scheduled for dates following the September 10, 2007 Settlement Conference.

3. The deadline for the parties to complete the depositions of the following individuals shall be extended from August 31, 2007 to October 31, 2007: Plaintiff; Ralph Clark; Douglas Davis; Dale Gawlak; Christine Geissler; Ann Granholt; Kathy Hunnicutt; Leland Lomas; P.B. Iyer, M.D.; Person most knowledgeable at the medical offices of P.B. Iyer, M.D.; David Parks; Julie Saldana; John Souza; Carol B. Vandenakker-Albanese, M.D.; and Person most knowledgeable at the University of California, Davis Medical Center.

4. The deadline for the parties to disclose all expert witnesses shall be extended from September 14, 2007 to November 14, 2007.

5. The deadline for the parties to complete all discovery pertaining to experts shall be extended from October 19, 2007 to December 19, 2007.

6. The deadline for the parties to file any non-dispositive pre-trial motions, including discovery motions, shall be extended from October 24, 2007 to December 24, 2007, and the deadline for non-dispositive pre-trial motions to be heard shall be extended from November 16, 2007 to January 16, 2008.

7. The deadline for the parties to file any dispositive pre-trial motions shall be extended from November 9, 2007 to December 10, 2007, and the deadline for dispositive pre-trial motions to be heard shall be extended from December 10, 2007 to January 10, 2008.

8. The pre-trial conference shall be continued from January 18, 2008 to February 26, 2008.

9. The trial shall be continued from February 26, 2008 to April 7, 2008.

DATED: August 14, 2007       KENNETH C. ABSALOM
                             LAW OFFICES OF NEVIN & ABSALOM

                             By: /s/ Kenneth C. Absalom (as authorized on August 14, 2007)
                             Kenneth C. Absalom
                             Attorneys for Plaintiff

DATED: August 14, 2007       ADAM LEVIN
                             MITCHELL SILBERBERG & KNUPP LLP

                             By: /s/ Adam Levin_____
                             Adam Levin
                             Attorneys for Defendant

## **ORDER**

Good cause shown therefore, IT IS SO ORDERED.

Dated: 15 August 2007        By: __/s/ *Dennis L. Beck*_____
                             The Honorable Dennis L. Beck
                             United States Magistrate Judge